UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | 21-cv-02168-RDM |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2021, minute order, Plaintiff America First Legal Foundation and Defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement ("ICE") respectfully submit the following joint status report.

1. This case concerns Plaintiff's FOIA request dated May 18, 2021, seeking records from ICE. Plaintiff sought "'[a]ll written reports referred to in . . . a memorandum from Tae D. Johnson . . . with a subject line of "Interim Guidance: Civil Immigration Enforcement and Removal priorities," ("the Interim Guidance"), as well as "[a]ll records . . . regarding, referring, or relating to the Interim Guidance from, to, or in the possession of [seven ICE Offices]."

2. ICE has not yet produced any records in response to Plaintiff's FOIA request.

3. Since ICE filed its answer, the parties have been engaged in discussions about the

1

status of Plaintiff's FOIA request and ICE's searches for responsive records. Through those discussions, the Parties have reached certain agreements.

4. On November 1, 2021, ICE reported that it had completed searches for responsive records, but that it was unable to provide Plaintiff with an estimated number of potentially responsive records identified through those searches. At that same time, the parties agreed that ICE would begin processing at least 500 pages per month, issuing its first release by December 15, 2021. During those discussions, Plaintiff stated that it was hopeful the December 15, 2021 release would include the requested weekly reports, as Plaintiff's position is that its request for those records was straightforward and that ICE should have no difficulty locating those reports.

5. Since then, the ICE FOIA Office determined that the records provided from the ICE Office of the Director, which did not undergo an initial responsiveness review, require the ICE FOIA Office to take the additional step of conducing searches within the Relativity platform to obtain the communications that are potentially responsive to the Plaintiff's FOIA request.

6. Excluding the records provided by the Director's Office that require the additional Relativity searches, ICE has identified 16,867 pages of records potentially responsive to Plaintiff's request. ICE has agreed to provide Plaintiff with a final page count once the additional Relativity searches are completed.

7. While that search remains ongoing, ICE plans to process at least 500 pages of potentially responsive records per month and produce all non-exempt, responsive records to Plaintiff on a rolling basis beginning on December 15, 2021.

8. On November 18, 2021, ICE informed Plaintiff that the Director's Office would separately be providing the weekly reports to ICE FOIA, and that ICE FOIA will prioritize the processing of the written reports identified in Part A of the Plaintiff's request, to the extent feasible.

ICE will endeavor to process the weekly reports in the initial December production, but if not, ICE will begin processing the reports and produce them in the January production and thereafter on a rolling basis until the production of the reports is complete. ICE will then begin the processing and rolling production of the remaining records.

9. The Parties are continuing to discuss the foregoing issues and look forward to discussing them with the Court at the November 29, 2021 Status Conference. Further, the Parties propose that they continue conferring and file another status report by January 31, 2022, updating the Court on the progress of Defendant's productions and any disputes between the parties.

Dated: November 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD
Trial Attorney (Me. Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*

/s/ Brian J. Field
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: 202.787.1060
E-mail: bfield@schaerr-jaffe.com

REED D. RUBINSTEIN
D.C. Bar No. 400153
AMERICA FIRST LEGAL FOUNDATION
600 14th Street, N.W.
Fifth Floor
Washington, D.C. 20005
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org

*Counsel for Plaintiff America First Legal*