UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No.: 21-cv-02168-RDM |

**DEFENDANTS' MOTION FOR EXTENSION**

Defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement respectfully request a seven-day extension of the July 28, 2023, deadline for Defendants to file their motion for summary judgment in this case and corresponding extensions of other briefing deadlines. Undersigned counsel requires additional time to prepare the motion and supporting materials because of unanticipated, competing work deadlines. Defendants conferred with Plaintiff and Plaintiff consents to the request. After conferring with Plaintiff, Defendants propose the following adjusted deadlines:

Defendants shall file their motion for summary judgment on or before August 4, 2023; Plaintiff shall file its opposition and cross-motion for summary judgment on or before August 25, 2023; Defendants shall file their reply and opposition to Plaintiff's motion on or before September 15, 2023; and Plaintiff shall file its reply on or before October 6, 2023.

July 21, 2023                                       Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney
                                                       General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director

                                                    */s/ Brian Rosen-Shaud*
                                                    BRIAN C. ROSEN-SHAUD
                                                    Trial Attorney (Me. Bar No. 006018)
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L St NW
                                                    Washington, D.C. 20005
                                                    Telephone: (202) 305-7667
                                                    Email: Brian.C.Rosen-Shaud@usdoj.gov

                                                    *Counsel for Defendant*